IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM JACOB WARNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 1:18-cv-00406-GLS-ATB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Abraham Jacob Warner ("Plaintiff"), and Defendant StarKist Co. ("Defendant"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant, with each party to bear its own fees and costs. No party hereto is an infant or incompetent.

Dated: December 20, 2019

Respectfully submitted,

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP

/s/ Todd S. Garber
Todd S. Garber, Esquire
Bradley F. Silverman, Esquire
445 Hamilton Avenue, Suite 605
White Plains, NY 10601
Telephone: 914.824.3281
tgarber@fbfglaw.com
bsilverman@fbfglaw.com
*Counsel for Plaintiff*

ECKERT, SEAMANS, CHERIN & MELLOTT, LLC

/s/ Gary D. McConnell
Gary D. McConnell, Esquire, admitted *pro hac vice*
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412.566.1982
gmmconnell@eckertseamans.com

Steven R. Kramer, Esquire
10 Bank Street, Suite 700
White Plains, NY 10606
Telephone: 914.949.3760
skramer@eckertseamans.com
*Counsel for Defendant*

{J2567357.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

ABRAHAM JACOB WARNER, individually
and on behalf of all others similarly situated,

    Plaintiff,

    v.

STARKIST CO.,

    Defendant.

Case No. 1:18-cv-00406-GLS-ATB

## ORDER OF COURT

AND NOW, this 20th day of December, 2019, upon request of the Plaintiff pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the claims against defendant StarKist Co. are hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

BY THE COURT:

_____
~~Hon. Andrew T. Baxter, U.S.D.J.~~
Gary L Sharpe
Senior District Judge